No. 360.  HUNTER *v.* UNITED STATES.  January 14, 1946.
Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Sixth Circuit denied. Petitioner *pro se.* *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Fred E. Strine* for the United States.